# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

UNITED STATES OF AMERICA

v.

ADRIAN GILLESPIE

Case No:    8:98-cr-439-T-23MSS
USM No:    15630-018

Previous Judgment filed May 17, 1999
(Signed May 15, 1999)

Defendant's Attorney: Tracy Dreispul, afpd

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

The defendant moves <u>pro se</u> (Doc. 72) under 18 U.S.C. § 3582(c)(2) for a reduction of the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u). The United States and the defendant, through counsel, stipulate (Doc. 75) to a reduction of up to fifteen months. Having considered the papers,

**IT IS ORDERED** that the stipulation is approved and the motion is:

☐    DENIED.
☒    GRANTED. The defendant's previously imposed sentence of imprisonment (as reflected in the original judgment) of <u>one hundred thirty-five (135) months</u> **is reduced to TIME SERVED PLUS TEN DAYS**.

## I. COURT DETERMINATION OF GUIDELINE RANGE (prior to any departures)

Previous Offense Level: <u>31</u>              Amended Offense Level: <u>29</u>
Criminal History Category: <u>III</u>         Criminal History Category: <u>III</u>
Previous Guideline Range: <u>135 to 168 months</u>   Amended Guideline Range: <u>120 to 135 months</u>

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒    The reduced sentence is within the amended guideline range.
☐    The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐    Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the original judgment remain in effect.

ORDERED in Tampa, Florida, on ____March 20th____, 2008.

Effective Date: _____
(if different from order date)

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE